# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALCY JOSEPH, JR

VERSUS

THE THIBODAUX REGIONAL
DISTRICT PROBATION AND
PAROLE, ET AL

NO.  2019 CW 0444

**AUG 2 0 2019**

---

In Re:   Alcy Joseph, Jr., applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 636805.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** If relator, Alcy Joseph, Jr., wants his
motion to amend and modify set for a hearing, then relator
should submit a request and order to the district court for a
hearing date and request service upon the parties.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT